IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID H. ERDMANN,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                               Case No. 14-cv-11-wmc

DOMTAR, JEFF SITEALA,
CHRIS BODETTE and MARK BESSETTE,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff David H. Erdmann's request for leave to proceed and dismissing this case with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b).

| /s/ | 1/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |